IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
EASTERN DIVISION

| | |
|---|---|
| KENNETH LANE ALDRIDGE, #12901, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 3:04-cv-1223-F |
| ) | |
| ANGELA WEBB/NURSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

## **O R D E R**

There being no objections filed to the Recommendation of the Magistrate Judge entered on October 14, 2005 (Doc. #20), said Recommendation is hereby ADOPTED and it is the ORDER, JUDGMENT and DECREE that this case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute this action properly and to comply with the orders of this Court.

DONE this 28th day of October, 2005.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE