IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KENNETH LANE ALDRIDGE, #12901, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO.  3:04cv1223-F |
| ) | (WO) |
| ANGELA WEBB/NURSE, *et al.*, ) | |
| ) | |
| Defendants. ) | |

# **FINAL JUDGMENT**

Upon consideration of the prior proceedings, opinions and orders entered in this case, it is

ORDERED and ADJUDGED that judgment is entered in favor of the defendants and against the plaintiff, and that this action is dismissed without prejudice.

Done this the 28thday of October 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE